# AFFIDAVIT OF BRYCE J. FERRARA IN SUPPORT OF APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Bryce J. Ferrara, having been duly sworn, hereby depose and state the following:

## INTRODUCTION

1. I have been a Special Agent with the Federal Bureau of Investigation ("FBI") since January, 2019, and assigned to the Boston Division since May, 2019. More specifically, I am assigned to the FBI Boston Violent Crimes Task Force ("VCTF"). As a Special Agent with the FBI, I have conducted investigations dealing with bank and commercial robberies and burglaries, Hobbs Act, extortion, and crimes against persons. I have also received specialized training regarding investigative techniques, evidence collection, and evidence preservation.

2. I am aware that Title 18, United States Code, Section 2113(b) makes it a crime for anyone to take and carry away, with intent to steal or purloin, any property or money or any other thing of value exceeding $1,000 belonging to, or in the care, custody, control, management, or possession of a federally-insured financial institution.

3. I make this affidavit in support of a criminal complaint and an arrest warrant charging Edward Robert Rezendes ("Rezendes"), DOB: xx/xx/1953, with the unarmed robbery of a branch of the TD Bank, located at 457 Broadway in Chelsea, Massachusetts, on September 10, 2019. On the date of the robbery, the deposits of the TD Bank were insured by the Federal Deposit Insurance Corporation. The facts stated herein are based on my own personal involvement with this investigation, as well as from information provided by other law enforcement officers involved in the investigation and reports relating to the incident and investigation. In submitting this affidavit, I have not included each and every fact known to me

about this investigation; rather, I am only submitting enough evidence necessary to establish the requisite probable cause.

### TD Bank September 10, 2019

4.   On September 10, 2019, at approximately 4:40 p.m., a white male entered a branch of the TD Bank, located at 457 Broadway in Chelsea, Massachusetts. The individual approached a teller window and presented a demand note for the bank's money. The demand note, which was later recovered by law enforcement, read, "Pleasea (sic), give me the money thank-you." The teller removed currency from her cash drawer, placed the money in a clear plastic bag and handed the currency with an embedded GPS tracking device to the individual (the "robber"). The teller returned the demand note to the robber, and the robber departed the bank with the money and demand note.

5.   The teller who interacted with the robber described the robber as a white male, approximately five feet two inches tall, approximately in his fifties or sixties, wearing a gray and white dirty ball cap, blue Red Sox jacket with red stripes on the side, green shirt with flowers, and jeans.

6.   Bank surveillance cameras were functioning and operating on the date of the robbery. The cameras captured images of the robber as he entered the bank, interacted with the teller, and then exited the bank.

7.   A post-robbery audit determined that the robber had taken $3,761.00 in U.S. currency during the robbery.

**Arrest of Rezendes**

8.  Within moments of the robbery, the Chelsea Police Department officers arrived at the bank, spoke to the teller who had interacted with the robber, and obtained an initial description of the robber. The Chelsea Police also learned that the robber fled the robbery scene through the bank front door in an unknown direction of flight.

9.  Following the robbery, law enforcement officers learned the GPS tracking device, placed in the bank's money and taken by the robber, was emitting signals in Chelsea and then into East Boston. Specifically, the GPS device was first located in Chelsea near the vicinity of Beacon Street to Pearl Street. Law enforcement officers then observed the GPS tracker cross over the Andrew McArdle Bridge and onto Meridian Street in East Boston. The GPS tracker location was relayed to the Chelsea Police Department officers by FBI Special Agents.

10. Upon receipt of the GPS tracker location information, Chelsea Police Department officers observed the 117 Massachusetts Bay Transportation Authority ("MBTA") bus traveling on Meridian Street in East Boston and in the approximate location of the GPS tracker. Chelsea Police Uniformed Officers conducted a vehicle stop of the MBTA bus. Chelsea Police Officers boarded the bus and observed an individual who matched the description of the robber provided by the victim teller.

11. Chelsea Police Officers removed the individual, later identified as Rezendes, from the bus. Chelsea Police Officers recovered a plastic bag containing three thousand six hundred and sixty-one dollars and a GPS tracking device from Rezendes. An additional one hundred ninety-six dollars was recovered from Rezendes' wallet. Chelsea Police Officers also recovered

a TD Bank checking withdrawal slip from Rezendes. The phrase "Pleasea, give me the money thank-you" was observed written on the back of the withdrawal slip.

12.  The victim bank teller was transported to Meridian and West Eagle Streets in East Boston by the Chelsea Police for a "live show-up." At the "show-up" the victim bank teller identified Rezendes as the person who robbed TD Bank on September 10, 2019. She stated that she recognized, among other things, his shirt, jacket, and face.

13.  I have reviewed the bank's surveillance cameras' footage and have reviewed the photographs taken of Rezendes at the Chelsea Police Station during booking. The robber depicted in the bank's surveillance footage and the individual in the booking photographs is the same person. In both sets of photographs, the individual is a white male, with the same facial features, wearing a gray and white hat, blue Red Sox jacket with red stripes, and a green shirt.

## **CONCLUSION**

14. Based on the foregoing, I submit that there is probable cause to believe that on September 10, 2019, Edward Rezendes did take and carry away, with intent to steal or purloin, property or money or any other thing of value exceeding $1,000 belonging to, or in the care, custody, control, management, or possession of the TD Bank, the deposits of which are insured by the Federal Deposit Insurance Corporation, in violation of 18 U.S.C. § 2113(b).

Sworn to under the pains and penalties of perjury,

_____
Special Agent Bryce J. Ferrara
Federal Bureau of Investigation

SUBSCRIBED and SWORN to before me on November 4, 2019.

_____
HONORABLE DONALD L. CABELL
UNITED STATES MAGISTRATE JUDGE